**FILED**

MAY 18 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 2:11-cr-00183-KJM |
| ) | |
| Plaintiff, ) | ORDER TO UNSEAL |
| v. ) | |
| ) | |
| CARLOS B. JEREZ ) | |
| ) | |
| Defendant. ) | |

The Court hereby orders that the Indictment, the Petition to Seal Indictment, and the Order to Seal the indictment, in the above-referenced case shall be unsealed.

DATED: May 16, 2011

_____
DALE A. DROZD  KENDALL J. NEWMAN
United States Magistrate Judge